## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **NOMAD ENERGY, INC..** | § | **CASE NO. 12-35261-h3-7** |
| | § | |
| **DEBTOR** | § | **CHAPTER 7** |
| | § | |

### TRUSTEE'S WITHDRAWAL OF CHAPTER 7 TRUSTEE'S
### APPLICATION TO PAY FUNDS INTO THE REGISTRY OF THE COURT
_____

Ronald J. Sommers, Chapter 7 Trustee in the above-referenced bankruptcy proceeding, withdraws the Chapter 7 Trustee's Application to Pay Funds into the Registry of the Court which was filed on September 28, 2016.

Respectfully submitted,

By: */s/ Ronald J. Sommers*
   Ronald J. Sommers
   Texas Bar No. 18842500
   2800 Post Oak Blvd., 61st Floor
   Houston, Texas 77056
   (713) 960-0303
   (713) 892-4800 (Fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 29, 2016, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing was served upon all parties listed on the attached Service List by no later than the next day after the filing of the foregoing in accordance with Bankruptcy Local Rule 9013-1(f).

/s/ *Ronald J. Sommers*
RONALD J. SOMMERS