UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  NOMAD ENERGY, INC. | § | Case No.  12-35261-H3-7 |
| | § | |
| | § | Chapter 7 |
| Debtor(s). | § | |

### ORDER FOR DEPOSIT OF FUNDS

Upon the Application of the Trustee to Pay Unclaimed Funds into the Registry of the Court under 11 U.S.C. § 347, the Trustee is directed to deposit into the registry those unclaimed funds reflected on the attachment to this order.

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

Dated:_____        By:_____
                                                         Deputy Clerk

APPROVED AND REQUESTED
FOR ENTRY:

By: /s/ Ronald J. Sommers
    Ronald J. Sommers, Trustee
    Texas Bar No. 18842500
    2800 Post Oak Blvd., 61st Floor
    Houston, Texas 77056-5705
    (713) 960-0303--Phone
    (713) 892-4800--Fax

**EXHIBIT "A"**

Please check one:

___        Small Dividends

_XX_     Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Miller Tabak & Co., LLC<br>c/o Danzig Fishman & Decea<br>One North Broadway, 12th Floor<br>White Plains, NY 10601 | 20 | 26,498.06 |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | **$26,498.00** |