**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35261-H3-7 |
| | § | |
| NOMAD ENERGY, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $257,979.65 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $182,509.33 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $78,675.86 | | |

3) Total gross receipts of $261,185.19 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $261,185.19 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $131,984.28 | $122,472.89 | $36,227.53 | $36,227.53 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $78,675.86 | $78,675.86 | $78,675.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $28,108.02 | $13,880.49 | $13,880.49 | $13,880.49 |
| General Unsecured Claims (from **Exhibit 7**) | $7,314,505.50 | $1,766,750.55 | $1,730,884.48 | $132,401.31 |
| **Total Disbursements** | $7,474,597.80 | $1,981,779.79 | $1,859,668.36 | $261,185.19 |

4). This case was originally filed under chapter 7 on 07/10/2012. The case was pending for 50 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2016 By: /s/ Ronald J. Sommers
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Receivables due pursuant to Factoring Agreement with Catamount Financial | 1121-000 | $69,044.37 |
| Trade Receivables | 1121-000 | $56,786.88 |
| American Express | 1129-000 | $1.27 |
| DEP REVERSE: American Express | 1129-000 | ($1.27) |
| JPMorgan Chase Bank Account #xxxx1489 | 1129-000 | $20.00 |
| JPMorgan Chase Bank Operating Account #xxxx1833 | 1129-000 | $27,332.19 |
| JPMorgan Chase Bank Savings Account #xxxx4652 | 1129-000 | $0.32 |
| Machinery, equipment and office equipment (Book Value) | 1129-000 | $94,379.00 |
| Miscellaneous Refunds | 1129-000 | $3,521.81 |
| Refund from the Texas State Comptroller for the overpayment of sales taxes. Debtor paid the sales tax based on sales of | 1224-000 | $10,100.62 |
| **TOTAL GROSS RECEIPTS** | | $261,185.19 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chesapeake Industrial Leasing Co, Inc | 4110-000 | $0.00 | $30,127.53 | $30,127.53 | $30,127.53 |
| 14 | Ford Motor Credit Company LLC | 4110-000 | $41,383.31 | $41,712.47 | $0.00 | $0.00 |
| 27 | Wells Fargo Equipment Finance | 4110-000 | $11,476.81 | $39,000.00 | $0.00 | $0.00 |
| 29 | Harris County, et al | 4110-000 | $0.00 | $5,113.12 | $0.00 | $0.00 |
| 31 | Willow Fork Drainage District | 4110-000 | $0.00 | $419.77 | $0.00 | $0.00 |
| | C o A c t i v C a p i t a l P a r t n e r s , Inc. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Catamount Finance, LP | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $42,810.69 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Damascus Community Bank | 4110-000 | $25,319.91 | $0.00 | $0.00 | $0.00 |
| | Group Asset Finance of Texas LP | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Great America Leasing Corporation | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lindberg Rentals | 4210-000 | $0.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| | Wells Fargo Bank, N.A. | 4110-000 | $10,993.56 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank, N.A. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $131,984.28 | $122,472.89 | $36,227.53 | $36,227.53 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $16,309.26 | $16,309.26 | $16,309.26 |
| George Adams & Co. | 2300-000 | NA | $536.93 | $536.93 | $536.93 |
| Metro Mini Storage | 2410-000 | NA | $157.00 | $157.00 | $157.00 |
| Green Bank | 2600-000 | NA | $11,612.85 | $11,612.85 | $11,612.85 |
| Commonwealth of Pennsylvania | 2990-000 | NA | $22.50 | $22.50 | $22.50 |
| Patsy R. Miller | 2990-000 | NA | $450.00 | $450.00 | $450.00 |
| Attorney for Trustee | 3110-000 | NA | $47,936.00 | $47,936.00 | $47,936.00 |
| Attorney for Trustee | 3120-000 | NA | $639.95 | $639.95 | $639.95 |
| Plant & Machinery, Inc., Auctioneer for Trustee | 3610-000 | NA | $1,011.37 | $1,011.37 | $1,011.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $78,675.86 | $78,675.86 | $78,675.86 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Comptroller of Public Accounts | 5800-000 | $0.00 | $13,880.49 | $13,880.49 | $13,880.49 |
| | Cinco M.U.D. #2 | 5800-000 | $806.17 | $0.00 | $0.00 | $0.00 |
| | Fort Bend County Tax Assessor | 5800-000 | $1,337.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Katy ISD Tax A s s e s s o r Collector | 5800-000 | $2,590.95 | $0.00 | $0.00 | $0.00 |
| | Louisiana Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Louisiana Workforce Commission | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | New York Dept of Taxation & Finance | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | New York State Employment Taxes | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pennsylvania Dept of Labor & Industry | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pennsylvania Dept of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Texas Comptroller of Public Accounts | 5800-000 | $13,880.49 | $0.00 | $0.00 | $0.00 |
| | Texas Worl<force Commission | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Warren City Tax Office | 5800-000 | $5,565.77 | $0.00 | $0.00 | $0.00 |
| | Warren County & City of Warren | 5800-000 | $3,927.64 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $28,108.02 | $13,880.49 | $13,880.49 | $13,880.49 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Coastal Engine | 7100-000 | $2,918.07 | $2,918.07 | $2,918.07 | $236.18 |
| 2 | BIO Blend Technology | 7100-000 | $2,350.00 | $2,350.00 | $2,350.00 | $190.20 |
| 4 | GE Capital Corp of Tennessee | 7100-000 | $57,544.37 | $21,966.83 | $0.00 | $0.00 |
| 5 | Skyhawk Chemicals, Inc. | 7100-000 | $25,459.87 | $25,459.87 | $25,459.87 | $2,060.55 |
| 6 | AllSound Media, DBA Allmage Graphics | 7100-000 | $4,187.00 | $4,731.19 | $4,731.19 | $382.91 |
| 7 | CoActiv Capital Partners, Inc | 7100-000 | $8,326.58 | $36,782.00 | $36,782.00 | $2,976.89 |
| 8 | Lamberti USA, | 7100-000 | $16,809.75 | $18,809.75 | $18,809.75 | $1,522.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Inc | | | | | |
| 9 | American Arbitration Assoc. | 7100-000 | $0.00 | $280.00 | $280.00 | $22.66 |
| 10 | Seatext Ltd | 7100-000 | $18,963.00 | $18,963.00 | $18,963.00 | $1,534.74 |
| 11 | Kemira Water Solutions, Inc | 7100-000 | $43,653.73 | $43,122.45 | $43,122.45 | $3,490.04 |
| 12 | BCP Morton, L.P. | 7100-000 | $45,000.00 | $50,000.00 | $50,000.00 | $4,046.66 |
| 13 | David I Grauer, Esq. | 7100-000 | $0.00 | $8,567.83 | $8,567.83 | $693.42 |
| 15 | Flotek Industries, Inc. | 7100-000 | $365,467.46 | $419,168.82 | $419,168.82 | $33,924.71 |
| 16 | Verizon Wireless | 7100-000 | $0.00 | $3,034.24 | $0.00 | $0.00 |
| 18 | GSE Lining Technology, LLC | 7100-000 | $429,211.10 | $430,395.18 | $430,395.18 | $34,833.30 |
| 19 | SNF, Inc | 7100-000 | $21,011.04 | $21,011.04 | $21,011.04 | $1,700.49 |
| 20 | Miller Tabak & Co., LLC | 7100-000 | $125,000.00 | $327,406.20 | $327,406.20 | $0.00 |
| | Miller Tabak & Co., LLC (Claim No. 20; Miller Tabak & Co., LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $26,498.06 |
| 21 | Davis Chemical Services, LLC | 7100-000 | $131,019.51 | $131,271.55 | $131,271.55 | $10,624.24 |
| 22 | Villagio Partners | 7100-000 | $14,065.80 | $9,065.80 | $9,065.80 | $733.72 |
| 23 | OneBeacon America Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | Villagio Partners | 7100-000 | $14,065.80 | $9,065.00 | $0.00 | $0.00 |
| 25 | Mud Mart Inc. | 7100-000 | $53,818.08 | $54,513.69 | $54,513.69 | $4,411.97 |
| 26 | Chartis Inc (Ins Co Penn) | 7100-000 | $0.00 | $31,115.00 | $31,115.00 | $2,518.24 |
| 27a | Wells Fargo Equipment Finance | 7400-000 | $11,476.81 | $16,735.49 | $16,735.49 | $0.00 |
| 28 | IPFS Corporation fdba Imperial Credit Corp | 7200-000 | $0.00 | $53,217.55 | $53,217.55 | $0.00 |
| 30 | Lindberg Rentals | 7200-000 | $0.00 | $1,800.00 | $0.00 | $0.00 |
| 32 | American Express Centurion Bank | 7200-000 | $0.00 | $16,988.62 | $16,988.62 | $0.00 |
| 33 | American Express Centurion Bank | 7200-000 | $0.00 | $8,011.38 | $8,011.38 | $0.00 |
| | Allen Fire Equipment Sales & Service | 7100-000 | $2,027.78 | $0.00 | $0.00 | $0.00 |
| | Apogee | 7100-000 | $75,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Trading Fund L P | | | | | |
| | A p o g e e Trading, L L C | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | A u s t i n E x c a v a t i n g & P a v i n g Inc | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | A V Fluids | 7100-000 | $1,050.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| | B a x t e r Bailey & Investments | 7100-000 | $12,843.40 | $0.00 | $0.00 | $0.00 |
| | B e r k e l e y Capital Partners | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | B l a c k J a c k C l a y , Inc. | 7100-000 | $50,265.50 | $0.00 | $0.00 | $0.00 |
| | Bech Chem, L L C | 7100-000 | $535.55 | $0.00 | $0.00 | $0.00 |
| | Binder Science, L L C | 7100-000 | $81,871.35 | $0.00 | $0.00 | $0.00 |
| | BIRD Foundation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bradco Supply Company | 7100-000 | $28,571.67 | $0.00 | $0.00 | $0.00 |
| | Chili Peppers Hot Shot Services | 7100-000 | $5,208.99 | $0.00 | $0.00 | $0.00 |
| | D M M G E n t e r p r i s e s L L C / d/b/a | 7100-000 | $35,517.08 | $0.00 | $0.00 | $0.00 |
| | Dem Tech Services | 7100-000 | $42,721.25 | $0.00 | $0.00 | $0.00 |
| | Drug Testing U S A | 7100-000 | $3,665.00 | $0.00 | $0.00 | $0.00 |
| | E . T . S . Oilfield S e r v i c e s , L P | 7100-000 | $5,737.50 | $0.00 | $0.00 | $0.00 |
| | E n t e r p r i s e H o l d i n g s , Inc. | 7100-000 | $4,300.00 | $0.00 | $0.00 | $0.00 |
| | E O G R e s o u r c e s , Inc. | 7100-000 | $57,750.00 | $0.00 | $0.00 | $0.00 |
| | G M Equipment Corp. | 7100-000 | $10,110.82 | $0.00 | $0.00 | $0.00 |
| | Global AM-TX | 7100-000 | $59,380.00 | $0.00 | $0.00 | $0.00 |
| | Grainger | 7100-000 | $11,773.30 | $0.00 | $0.00 | $0.00 |
| | J o h n C r a n e P r o d u c t i o n S o l u t i o n s , Inc | 7100-000 | $36,600.91 | $0.00 | $0.00 | $0.00 |
| | J o h n Morrison | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | Jones-Carroll Disposal Service | 7100-000 | $3,802.52 | $0.00 | $0.00 | $0.00 |
| | K e m i r a W a t e r S o l u t i o n s , Inc | 7100-000 | $27,690.08 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Kamran Bashir | 7100-000 | $375,000.00 | $0.00 | $0.00 | $0.00 |
| | Kenneth Bennett | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | Lonestar Forklift | 7100-000 | $1,197.96 | $0.00 | $0.00 | $0.00 |
| | LonghornCar-Truck Rental | 7100-000 | $30,870.88 | $0.00 | $0.00 | $0.00 |
| | Lighting Logistics, LLC | 7100-000 | $13,121.20 | $0.00 | $0.00 | $0.00 |
| | Magnablend, Inc | 7100-000 | $187,358.79 | $0.00 | $0.00 | $0.00 |
| | Market Street Ventures | 7100-000 | $19,378.05 | $0.00 | $0.00 | $0.00 |
| | Martha E. Laird | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mersino Management Company | 7100-000 | $2,656.26 | $0.00 | $0.00 | $0.00 |
| | Miller Tabak & Co., LLC | 7100-000 | $4,000,000.00 | $0.00 | $0.00 | $0.00 |
| | MOR, | 7100-000 | $3,299.83 | $0.00 | $0.00 | $0.00 |
| | Mytech Specialty Chemicals | 7100-000 | $3,960.00 | $0.00 | $0.00 | $0.00 |
| | North American Capital Management | 7100-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| | OldDominion FreightLine | 7100-000 | $2,210.98 | $0.00 | $0.00 | $0.00 |
| | Pante Technology | 7100-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| | Penske Truck Leasing Co. | 7100-000 | $3,404.72 | $0.00 | $0.00 | $0.00 |
| | Promotive Leasing Co. | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| | Route6Collision Center, Inc | 7100-000 | $1,183.25 | $0.00 | $0.00 | $0.00 |
| | RSCEquipment Rental | 7100-000 | $2,850.90 | $0.00 | $0.00 | $0.00 |
| | Steven Englehardt | 7100-000 | $9,085.00 | $0.00 | $0.00 | $0.00 |
| | Union Rental Tools | 7100-000 | $60,330.17 | $0.00 | $0.00 | $0.00 |
| | Vericlaim, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | YDOC | 7100-000 | $3,576.84 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,314,505.50 | $1,766,750.55 | $1,730,884.48 | $132,401.31 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

**Case No.:** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**For the Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Date Filed (f) or Converted (c):** 07/10/2012 (f)
**§341(a) Meeting Date:** 08/08/2012
**Claims Bar Date:** 10/29/2012

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | JPMorgan Chase Bank Operating Account #xxxx1833 | $28,153.43 | $27,332.19 | | $27,332.19 | FA |
| 2 | JPMorgan Chase Bank Account #xxxx1489 | $20.00 | $20.00 | | $20.00 | FA |
| 3 | JPMorgan Chase Bank Savings Account #xxxx4652 | $0.32 | $0.32 | | $0.32 | FA |
| 4 | Utility deposit with Jackson Electric Cooperative | $150.00 | $0.00 | | $0.00 | FA |
| 5 | 100% stock in Nomad Pump North America, Inc. (ceased operations 12/22/2011) 100% stock in Nomad Pump International, Inc. (ceased operations 5/11/2011) | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 1,000,000 shares of Tradestar Resources Corp. (TSRR) (pink sheet) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 83,333 Restricted Common Stock of Strategic American Oil Co/Canada (SGCA) | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 87.690% membership interest in Compadre Oil, L L C (ceased operations in 12/22/2011) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Trade Receivables | $56,648.74 | $56,786.88 | | $56,786.88 | FA |
| 10 | Receivables due pursuant to Factoring Agreement with Catamount Financial | $53,301.74 | $69,044.37 | | $69,044.37 | FA |
| 11 | Potential claim against Miller Tabak; counterclaim was not filed prior to the filing of the bankruptcy in the Miller Tabak & Co., L L C v. Nomad Energy, Inc. et al lawsuit, filed under Case No. 12-00117-PGG, in the U.S. District Court for the Southern District of New York. | Unknown | $0.00 | | $0.00 | FA |
| 12 | Refund from the Texas State Comptroller for the overpayment of sales taxes. Debtor paid the sales tax based on sales of $130,125 as invoiced to customer Sanjel. Sanjel deducted the sales tax due to a tax exemption certificate. | $10,735.34 | $10,100.62 | | $10,100.62 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**For the Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Date Filed (f) or Converted (c):** 07/10/2012 (f)
**§341(a) Meeting Date:** 08/08/2012
**Claims Bar Date:** 10/29/2012

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13 | 2006 Ford F250 Super Duty Regular Cab Pickup Truck (Kelley Blue Book) | $9,595.00 | $0.00 | | $0.00 | FA |
| 14 | 2011 Ford F350 Super Duty Crew Cab Pickup Truck 4d 8 Ft. (Kelley Blue Book) | $20,390.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Truck was sold for assumption of debt on 10/25/12 [Docket #77]. | | | | | |
| 15 | 2011 Ford 350 Super Duty Crew Cab Pickup Truck 4D, 8 Ft. (Kelley Blue Book) | $20,390.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Truck was sold for assumption of debt on 10/25/12 [Docket #77]. | | | | | |
| 16 | Machinery, equipment and office equipment (Book Value) | $466,818.08 | $94,379.00 | | $94,379.00 | FA |
| **Asset Notes:** | Assets 16, 17, 18 and 19 were all sold pursuant to Docket #62 for $94,379.00.<br>2005 Forklift, Stand Filter, and 2 2011 Bobcats were abandoned on 09/12/12 [Docket #43]. | | | | | |
| 17 | Chemical Inventory at all locations listed in Motion to Sell [Docket #56] | $19,690.60 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Assets 16, 17, 18 and 19 were all sold pursuant to Docket #62 for $94,379.00. Funds are accounted for on Asset 16. | | | | | |
| 18 | Chemical Inventory located at Murchison, Texas (cost basis). See attached Exhibit B-30. | $72,260.20 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Assets 16, 17, 18 and 19 were all sold pursuant to Docket #62 for $94,379.00. Funds are accounted for on Asset 16. | | | | | |
| 19 | Chemical Inventory located at Edna, Texas (cost basis). See attached Exhibit B-30. | $100,740.42 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Assets 16, 17, 18 and 19 were all sold pursuant to Docket #62 for $94,379.00. Funds are accounted for on Asset 16. | | | | | |
| 20 | Prepaid Rent: Villagio Partners, Ltd. $5,225 Jan Lagere $2,500 Lindberg Rentals $1,800 Lindberg Rentals $ 750 Mike McLaughlin $2,600 | $12,875.00 | $0.00 | | $0.00 | FA |
| 21 | Signs | $1,225.93 | $0.00 | | $0.00 | FA |
| 22 | Overpayment to creditor American Safety. | $662.50 | $0.00 | | $0.00 | FA |
| 23 | Miscellaneous Refunds (u) | $3,521.81 | $3,521.81 | | $3,521.81 | FA |

| **TOTALS (Excluding unknown value)** | **$877,179.11** | **$261,185.19** | | **$261,185.19** | **Gross Value of Remaining Assets** **$0.00** |
|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**For the Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Date Filed (f) or Converted (c):** 07/10/2012 (f)
**§341(a) Meeting Date:** 08/08/2012
**Claims Bar Date:** 10/29/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

09/30/2016 TDR SUBMITTED
09/30/2015 TFR submitted

**Initial Projected Date Of Final Report (TFR):** 12/31/2013
**Current Projected Date Of Final Report (TFR):** 12/31/2014

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**Primary Taxpayer ID #:** **-***9749
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 7/10/2012
**For Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Bank Name:** Green Bank
**Checking Acct #:** ******6101
**Account Title:** CHK
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/01/2012 | | Nomad Energy, LLC | FUNDS ON DEPOSIT | * | $27,352.51 | | $27,352.51 |
| | {3} | | $0.32 | 1129-000 | | | $27,352.51 |
| | {2} | | $20.00 | 1129-000 | | | $27,352.51 |
| | {1} | | $27,332.19 | 1129-000 | | | $27,352.51 |
| 08/13/2012 | (9) | Archer Production and Completion Services LLC | A/R | 1121-000 | $2,435.63 | | $29,788.14 |
| 08/13/2012 | (10) | Catamount Finance, LP | A/R | 1121-000 | $53,301.74 | | $83,089.88 |
| 08/13/2012 | (23) | Humans | Health Insurance Premium Rebate | 1129-000 | $935.98 | | $84,025.86 |
| 08/21/2012 | (9) | Shaw E&I Inb. | A/R | 1121-000 | $5,140.00 | | $89,165.86 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $110.99 | $89,054.87 |
| 09/12/2012 | 3001 | Metro Mini Storage | Storage Fees | 2410-000 | | $157.00 | $88,897.87 |
| 09/12/2012 | 3002 | Commonwealth of Pennsylvania | Recording Fees | 2990-000 | | $22.50 | $88,875.37 |
| 09/17/2012 | (23) | Marilyn McGuire | Refund of Retainer Funds | 1129-000 | $2,500.00 | | $91,375.37 |
| 09/19/2012 | (16) | SoureRock Energy Services | #62 10/02/12 Down payment on purchase of assets | 1129-000 | $10,000.00 | | $101,375.37 |
| 09/24/2012 | (9) | Liberty Bell Energy, LLC | A/R | 1121-000 | $8,880.00 | | $110,255.37 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $136.73 | $110,118.64 |
| 10/05/2012 | (16) | SourceRock Energy Services | #62 10/02/12 Sale of assets | 1129-000 | $84,379.00 | | $194,497.64 |
| 10/12/2012 | 3003 | Patsy R. Miller | Preparation of Sales Tax Returns | 2990-000 | | $200.00 | $194,297.64 |
| 10/12/2012 | 3004 | Lindberg Rentals | #62 10/02/12 | 4210-000 | | $6,100.00 | $188,197.64 |
| 10/12/2012 | 3005 | Plant & Machinery, Inc. | #62 10/02/12 | 3610-000 | | $1,011.37 | $187,186.27 |
| 10/16/2012 | (10) | Catamount Finance, LP | Payment | 1121-000 | $15,742.63 | | $202,928.90 |
| 10/22/2012 | (9) | Lariat Services, Inc. | A/R | 1121-000 | $10,633.25 | | $213,562.15 |
| 10/22/2012 | (9) | Talisman Energy | A/R -- Talisman put a stop payment on the check and will send a replacement check. | 1121-000 | $3,698.00 | | $217,260.15 |
| 10/30/2012 | (23) | American Express | Credit Balance Refund | 1129-000 | $84.56 | | $217,344.71 |
| 10/30/2012 | | Transfer To: #*********6102 | Transfer escrowed taxes from sales proceeds | 9999-000 | | $15,000.00 | $202,344.71 |
| 10/30/2012 | 3006 | George Adams & Co. | Bond Payment | 2300-000 | | $110.03 | $202,234.68 |
| | | | | **SUBTOTALS** | $225,083.30 | $22,848.62 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**Primary Taxpayer ID #:** **-***9749
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 7/10/2012
**For Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Bank Name:** Green Bank
**Checking Acct #:** ******6101
**Account Title:** CHK
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/31/2012 | (9) | DEP REVERSE: Talisman Energy | A/R -- Talisman put a stop payment on the check and will send a replacement check. | 1121-000 | ($3,698.00) | | $198,536.68 |
| 10/31/2012 | (9) | Talisman Energy | A/R | 1121-000 | $3,698.00 | | $202,234.68 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $309.92 | $201,924.76 |
| 11/12/2012 | (12) | Texas Comptroller of Public Accounts | Refund of taxes | 1224-000 | $10,100.62 | | $212,025.38 |
| 11/19/2012 | 3007 | Nathan Sommers Jacobs | #89 11/19/12 | * | | $22,887.05 | $189,138.33 |
| | | | $(22,788.00) | 3110-000 | | | $189,138.33 |
| | | | $(99.05) | 3120-000 | | | $189,138.33 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $332.07 | $188,806.26 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $285.01 | $188,521.25 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $304.21 | $188,217.04 |
| 02/06/2013 | | American Express | Entered in Error (computer froze and I thought it didn't save it the first time I entered it on the receipts log) Refund of Credit Balance | 1129-000 | $1.27 | | $188,218.31 |
| 02/06/2013 | (23) | American Express | Refund | 1129-000 | $1.27 | | $188,219.58 |
| 02/06/2013 | | DEP REVERSE: American Express | Entered in Error (computer froze and I thought it didn't save it the first time I entered it on the receipts log) Refund of Credit Balance | 1129-000 | ($1.27) | | $188,218.31 |
| 02/18/2013 | (9) | Chesapeake Operating, Inc. | A/R | 1121-000 | $1,000.00 | | $189,218.31 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $274.85 | $188,943.46 |
| 02/28/2013 | 3008 | Patsy R. Miller | Preparation of W-2's and W-3 for 2012 | 2990-000 | | $250.00 | $188,693.46 |
| 03/18/2013 | (9) | American Express | Settlement | 1121-000 | $25,000.00 | | $213,693.46 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $322.77 | $213,370.69 |
| 04/04/2013 | 3009 | Nathan Sommers Jacobs | #101 04/02/13 Attorney Fees & Expenses | * | | $13,880.25 | $199,490.44 |
| | | | $(13,709.00) | 3110-000 | | | $199,490.44 |
| | | | $(171.25) | 3120-000 | | | $199,490.44 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $316.59 | $199,173.85 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $342.14 | $198,831.71 |
| | | | | **SUBTOTALS** | $36,101.89 | $39,504.86 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-35261-H3-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | NOMAD ENERGY, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9749 | **Checking Acct #:** | ******6101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHK |
| **For Period Beginning:** | 7/10/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $289.80 | $198,541.91 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $320.38 | $198,221.53 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $340.50 | $197,881.03 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $288.41 | $197,592.62 |
| 10/04/2013 | 3010 | George Adams & Co. | Chapter 7 Trustee Blanket Bond Payment | 2300-000 | | $223.58 | $197,369.04 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $318.59 | $197,050.45 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $317.98 | $196,732.47 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $307.22 | $196,425.25 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $337.42 | $196,087.83 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $285.80 | $195,802.03 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $295.58 | $195,506.45 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $305.31 | $195,201.14 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $325.15 | $194,875.99 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $294.18 | $194,581.81 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $313.99 | $194,267.82 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $323.60 | $193,944.22 |
| 09/15/2014 | 3011 | Nathan Sommers Jacobs | #125 09/11/14<br>Attorney Fees & Expenses | * | | $11,808.65 | $182,135.57 |
| | | | $(11,439.00) | 3110-000 | | | $182,135.57 |
| | | | $(369.65) | 3120-000 | | | $182,135.57 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $283.55 | $181,852.02 |
| 10/23/2014 | 3012 | George Adams & Co. | Pro rata share of Chapter 7 Trustee Blanket Bond | 2300-000 | | $203.32 | $181,648.70 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $312.31 | $181,336.39 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $264.30 | $181,072.09 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $292.19 | $180,779.90 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $301.13 | $180,478.77 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $263.05 | $180,215.72 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $281.43 | $179,934.29 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $18,897.42 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-35261-H3-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | NOMAD ENERGY, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9749 | **Checking Acct #:** | ******6101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHK |
| **For Period Beginning:** | 7/10/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $280.99 | $179,653.30 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $289.90 | $179,363.40 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $280.10 | $179,083.30 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $307.63 | $178,775.67 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $269.87 | $178,505.80 |
| 05/18/2016 | | Transfer From: #*********6102 | | 9999-000 | $14,212.79 | | $192,718.59 |
| 05/18/2016 | 3013 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $16,309.26 | $176,409.33 |
| 05/18/2016 | 3014 | Chesapeake Industrial Leasing Co, Inc | Final Distribution on Claim #: 3; Amount Claimed: 30,127.53; Amount Allowed: 30,127.53; Claim #: 3; | 4110-000 | | $30,127.53 | $146,281.80 |
| 05/18/2016 | 3015 | Comptroller of Public Accounts | Final Distribution on Claim #: 17; Amount Claimed: 13,880.49; Amount Allowed: 13,880.49; Claim #: 17; | 5800-000 | | $13,880.49 | $132,401.31 |
| 05/18/2016 | 3016 | Coastal Engine | Final Distribution on Claim #: 1; Amount Claimed: 2,918.07; Amount Allowed: 2,918.07; Claim #: 1; | 7100-000 | | $236.18 | $132,165.13 |
| 05/18/2016 | 3017 | BIO Blend Technology | Final Distribution on Claim #: 2; Amount Claimed: 2,350.00; Amount Allowed: 2,350.00; Claim #: 2; | 7100-000 | | $190.20 | $131,974.93 |
| 05/18/2016 | 3018 | Skyhawk Chemicals, Inc. | Final Distribution on Claim #: 5; Amount Claimed: 25,459.87; Amount Allowed: 25,459.87; Claim #: 5; | 7100-000 | | $2,060.55 | $129,914.38 |
| 05/18/2016 | 3019 | AllSound Media, DBA Allmage Graphics | Final Distribution on Claim #: 6; Amount Claimed: 4,731.19; Amount Allowed: 4,731.19; Claim #: 6; | 7100-000 | | $382.91 | $129,531.47 |
| 05/18/2016 | 3020 | CoActiv Capital Partners, Inc | Final Distribution on Claim #: 7; Amount Claimed: 36,782.00; Amount Allowed: 36,782.00; Claim #: 7; | 7100-000 | | $2,976.89 | $126,554.58 |
| 05/18/2016 | 3021 | Lamberti USA, Inc | Final Distribution on Claim #: 8; Amount Claimed: 18,809.75; Amount Allowed: 18,809.75; Claim #: 8; | 7100-000 | | $1,522.33 | $125,032.25 |
| 05/18/2016 | 3022 | American Arbitration Assoc. | Final Distribution on Claim #: 9; Amount Claimed: 280.00; Amount Allowed: 280.00; Claim #: 9; | 7100-000 | | $22.66 | $125,009.59 |
| 05/18/2016 | 3023 | Seatext Ltd | Final Distribution on Claim #: 10; Amount Claimed: 18,963.00; Amount Allowed: 18,963.00; Claim #: 10; | 7100-000 | | $1,534.74 | $123,474.85 |
| 05/18/2016 | 3024 | Kemira Water Solutions, Inc | Final Distribution on Claim #: 11; Amount Claimed: 43,122.45; Amount Allowed: 43,122.45; Claim #: 11; | 7100-000 | | $3,490.04 | $119,984.81 |

| | | | |
|---|---|---|---|
| **SUBTOTALS** | $14,212.79 | $74,162.27 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-35261-H3-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | NOMAD ENERGY, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9749 | **Checking Acct #:** | ******6101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHK |
| **For Period Beginning:** | 7/10/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/18/2016 | 3025 | BCP Morton, L.P. | Final Distribution on Claim #: 12; Amount Claimed: 50,000.00; Amount Allowed: 50,000.00; Claim #: 12; | 7100-000 | | $4,046.66 | $115,938.15 |
| 05/18/2016 | 3026 | David I Grauer, Esq. | Final Distribution on Claim #: 13; Amount Claimed: 8,567.83; Amount Allowed: 8,567.83; Claim #: 13; | 7100-000 | | $693.42 | $115,244.73 |
| 05/18/2016 | 3027 | Flotek Industries, Inc. | Final Distribution on Claim #: 15; Amount Claimed: 419,168.82; Amount Allowed: 419,168.82; Claim #: 15; | 7100-000 | | $33,924.71 | $81,320.02 |
| 05/18/2016 | 3028 | GSE Lining Technology, LLC | Final Distribution on Claim #: 18; Amount Claimed: 430,395.18; Amount Allowed: 430,395.18; Claim #: 18; | 7100-000 | | $34,833.30 | $46,486.72 |
| 05/18/2016 | 3029 | SNF, Inc | Final Distribution on Claim #: 19; Amount Claimed: 21,011.04; Amount Allowed: 21,011.04; Claim #: 19; | 7100-000 | | $1,700.49 | $44,786.23 |
| 05/18/2016 | 3030 | Miller Tabak & Co., LLC | Final Distribution on Claim #: 20; Amount Claimed: 327,406.20; Amount Allowed: 327,406.20; Claim #: 20; | 7100-000 | | $26,498.06 | $18,288.17 |
| 05/18/2016 | 3031 | Davis Chemical Services, LLC | Final Distribution on Claim #: 21; Amount Claimed: 131,271.55; Amount Allowed: 131,271.55; Claim #: 21; | 7100-000 | | $10,624.24 | $7,663.93 |
| 05/18/2016 | 3032 | Villagio Partners | Final Distribution on Claim #: 22; Amount Claimed: 9,065.80; Amount Allowed: 9,065.80; Claim #: 22; | 7100-000 | | $733.72 | $6,930.21 |
| 05/18/2016 | 3033 | Mud Mart Inc. | Final Distribution on Claim #: 25; Amount Claimed: 54,513.69; Amount Allowed: 54,513.69; Claim #: 25; | 7100-000 | | $4,411.97 | $2,518.24 |
| 05/18/2016 | 3034 | Chartis Inc (Ins Co Penn) | Final Distribution on Claim #: 26; Amount Claimed: 31,115.00; Amount Allowed: 31,115.00; Claim #: 26; | 7100-000 | | $2,518.24 | $0.00 |
| 09/28/2016 | 3027 | STOP PAYMENT: Flotek Industries, Inc. | Stop Payment for Check# 3027 | 7100-004 | | ($33,924.71) | $33,924.71 |
| 09/28/2016 | 3030 | STOP PAYMENT: Miller Tabak & Co., LLC | Stop Payment for Check# 3030 | 7100-004 | | ($26,498.06) | $60,422.77 |
| 09/28/2016 | 3035 | Miller Tabak & Co., LLC | Final Distribution on Claim #20 | 7100-001 | | $26,498.06 | $33,924.71 |
| 09/29/2016 | 3036 | Flotek Industries, Inc. | Replacement Check<br>Final Distribution on Claim #: 15; Amount Claimed: 419,168.82; Amount Allowed: 419,168.82; Claim #: 15; | 7100-000 | | $33,924.71 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $119,984.81 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**Primary Taxpayer ID #:** **-***9749
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 7/10/2012
**For Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Bank Name:** Green Bank
**Checking Acct #:** ******6101
**Account Title:** CHK
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $275,397.98 | $275,397.98 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $14,212.79 | $15,000.00 | |
| | | | **Subtotal** | | $261,185.19 | $260,397.98 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $261,185.19 | $260,397.98 | |

**For the period of 7/10/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $261,185.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $261,185.19 |
| Total Internal/Transfer Receipts: | $14,212.79 |
| | |
| Total Compensable Disbursements: | $260,397.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $260,397.98 |
| Total Internal/Transfer Disbursements: | $15,000.00 |

**For the entire history of the account between 08/01/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $261,185.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $261,185.19 |
| Total Internal/Transfer Receipts: | $14,212.79 |
| | |
| Total Compensable Disbursements: | $260,397.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $260,397.98 |
| Total Internal/Transfer Disbursements: | $15,000.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-35261-H3-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | NOMAD ENERGY, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9749 | **Checking Acct #:** | ******6102 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Tax Escrow Acct |
| **For Period Beginning:** | 7/10/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/30/2012 | | Transfer From: #*********6101 | Transfer escrowed taxes from sales proceeds | 9999-000 | $15,000.00 | | $15,000.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $14,999.22 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.98 | $14,974.24 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $22.60 | $14,951.64 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $24.12 | $14,927.52 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.75 | $14,905.77 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $24.05 | $14,881.72 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.23 | $14,858.49 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $25.52 | $14,832.97 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.61 | $14,811.36 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.90 | $14,787.46 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $25.40 | $14,762.06 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.51 | $14,740.55 |
| 11/01/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.78 | $14,716.77 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.74 | $14,693.03 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.94 | $14,670.09 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $25.20 | $14,644.89 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.34 | $14,623.55 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.07 | $14,601.48 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.80 | $14,578.68 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.28 | $14,554.40 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.97 | $14,532.43 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.45 | $14,508.98 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.16 | $14,484.82 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.86 | $14,462.96 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.84 | $14,438.12 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.04 | $14,417.08 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.26 | $14,393.82 |
| | | | | **SUBTOTALS** | $15,000.00 | $606.18 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 12-35261-H3-7
**Case Name:** NOMAD ENERGY, INC.
**Primary Taxpayer ID #:** **-***9749
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 7/10/2012
**For Period Ending:** 9/30/2016

**Trustee Name:** Ronald J. Sommers
**Bank Name:** Green Bank
**Checking Acct #:** ******6102
**Account Title:** Tax Escrow Acct
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.97 | $14,369.85 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.94 | $14,348.91 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.40 | $14,326.51 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.37 | $14,304.14 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.08 | $14,281.06 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.30 | $14,258.76 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.49 | $14,234.27 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.48 | $14,212.79 |
| 05/18/2016 | | Transfer To: #*********6101 | | 9999-000 | | $14,212.79 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $15,000.00 | $15,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $15,000.00 | $14,212.79 | |
| **Subtotal** | $0.00 | $787.21 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $787.21 | |

**For the period of 7/10/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,000.00 |
| | |
| Total Compensable Disbursements: | $787.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $787.21 |
| Total Internal/Transfer Disbursements: | $14,212.79 |

**For the entire history of the account between 10/30/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,000.00 |
| | |
| Total Compensable Disbursements: | $787.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $787.21 |
| Total Internal/Transfer Disbursements: | $14,212.79 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-35261-H3-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | NOMAD ENERGY, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9749 | **Checking Acct #:** | ******6102 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Tax Escrow Acct |
| **For Period Beginning:** | 7/10/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $261,185.19 | $261,185.19 | $0.00 |

**For the period of 7/10/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $261,185.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $261,185.19 |
| Total Internal/Transfer Receipts: | $29,212.79 |
| | |
| Total Compensable Disbursements: | $261,185.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $261,185.19 |
| Total Internal/Transfer Disbursements: | $29,212.79 |

**For the entire history of the case between 07/10/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $261,185.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $261,185.19 |
| Total Internal/Transfer Receipts: | $29,212.79 |
| | |
| Total Compensable Disbursements: | $261,185.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $261,185.19 |
| Total Internal/Transfer Disbursements: | $29,212.79 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS